In the Matter of the Accounting of FRANCES BAKER, Appellant, as Administratrix of the Estate of ELIZABETH WILBUR, Deceased.

MARY WILBUR IRWIN et al., Respondents.

*Matter of Baker*, 72 App. Div. 211, affirmed.
(Argued October 7, 1902; decided October 21, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, made March 4, 1902, which modified and affirmed as modified a decree of the Washington County Surrogate's Court settling the accounts of Frances Baker, as administratrix of the estate of Elizabeth Wilbur, deceased.

*C. H. Sturges* for appellant.

*James C. Rogers* for respondents.

Order affirmed, with costs to the respondents payable out of the estate; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.